UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE BRIAN R. MARTINOTTI
COURT REPORTER: NOT ON THE RECORD

DATE OF PROCEEDINGS: 1/10/2018
CIVIL DOCKET #:18-164(BRM)

TITLE OF CASE:
Michelle Breitenbach
    vs.
Insys Therapeutics, Inc.

APPEARANCES:
Nicholas Harbist & Melissa Murhpy, Esquires for plaintiff
Lawrence Lustberg & Anne Collart, Esquires for defendant

NATURE OF PROCEEDINGS: TELEPHONE CONFERENCE HELD.

Hearing on plaintiff's application for an order to show cause hearing [document #1].

The court will file a notice or an order summarizing today's conference.

TIME COMMENCED: 10:00 a.m.
TIME ADJOURNED: 10:20 a.m.
TOTAL TIME: 20 minutes

                                                s/Dana Sledge-Courtney
                                                  Courtroom Deputy